**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 9, 2023.**



In The

# Fourteenth Court of Appeals

———

### NO. 14-22-00924-CV

———

## RED STAG FULFILLMENT, LLC, Appellant/Cross-Appellee

### V.

## ROSIE YANAS AND CHRISTOPHER STONE, INDIVIDUALLY AND AS NEXT FRIENDS OF CHRISTOPHER JAKE STONE, Appellees/Cross-Appellants

**On Appeal from the County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. CV81158**

## MEMORANDUM OPINION

On December 16, 2022, appellant/cross-appellee Red Stag Fulfillment filed a notice of appeal from an order signed November 29, 2022. On December 28,

2022, appellees/cross-appellants[1] filed a notice of appeal from the same order. On January 31, 2023, the parties filed an agreed joint motion to dismiss their appeals. *See* Tex. R. App. P. 42.1(a)(1). The appeal is reinstated and the motion is granted.

We dismiss the appeals.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Wilson

---

[1] Rosie Yanas and Christopher Stone (individually and as next friends of Christopher Jake Stone); William ("Billy") Beazley and Shirley Beazley (individually and as next friends of T.B., a minor); and Plaintiffs-Intervenors Mark McLeod and Gail McLeod (individually and as next friends of Aaron Kyle McLeod); Pamela Stanich (individually and as next friend of Jared Conard Black); Shannan Claussen (individually and as next friend of Christian Riley Garcia); Clayton Horn; Abdul Aziz and Farah Naz (individually and as next friends of Sabika Aziz Sheikh); Flo Rice; Rhonda Hart (individually and as a representative of the estate of Kimberly Vaughan); Chase Yarbrough, Donna Yarbrough and Troy Yarbrough; and The Estate of Cynthia Tisdale, Deceased, by and through Executrix Autmnn Tisdale, and on behalf of all persons entitled to recover for her death under the Texas wrongful death act, the Estate of William Regie Tisdale, Sr., by and through William R. Tisdale, Jr., and William R. Tisdale, Jr., individually and Autumn 1 Tisdale